UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DARRY PIERRE,**

    **Plaintiff,**

**v.**                                                 **Case No: 5:24-cv-141-PRL**

**MRS BPO, LLC,**

    **Defendant.**

### ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, this case is hereby dismissed without prejudice subject to the right of any party to re-open the action within 60 days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are denied as moot and the clerk is directed to close the case.

**DONE** and **ORDERED** in Ocala, Florida on November 6, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties